UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAIM ASLLANI,

                Plaintiff,

-against-

S.H. GENERAL CONTRACTING, LLC (d.b.a S-H GENERAL CONTRACTING CORP.) and SAMI HOTI,

                Defendants.

**ORDER**

19 Civ. 1106 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff initiated this action on February 5, 2019. (See Cmplt. (Dkt. No. 1)) Plaintiff served Defendant S.H. General Contracting, LLC on April 2, 2019 (Dkt. No. 10) and Defendant Samir Hoti on April 2, 2019 (Dkt. No. 11). On February 7, 2019, this Court referred the case to Magistrate Judge Lehrburger for general pretrial. (Dkt. No. 9) Defendants have not entered an appearance in the case. It is hereby ORDERED that Plaintiff move for default judgment by **December 6, 2019**. If Plaintiff fails to do so, this Court will dismiss the case for failure to prosecute.

Dated: New York, New York
       November 9, 2019

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge