UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAIM ASLLANI,

                          Plaintiff,

          V.

SAMIR HOTI AND S.H. GENERAL
CONTRACTING, LLC (d/b/a S-H GENERAL
CONTRACTING CORP.),

                          Defendants.

**ORDER OF DEFAULT**

19 Civ. 1106 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS Plaintiffs commenced this action on February 5, 2019, by filing the

Complaint (Dkt. No. 1);

WHEREAS Defendants have not appeared or responded to the Complaint (Certs.

of Default (Dkt. Nos. 19, 20));

WHEREAS, on November 18, 2019, this Court ordered Defendants to show cause

why a default judgment should not be entered against them, and scheduled a hearing for

December 12, 2019 (Dkt. No. 22);

WHEREAS Plaintiff served the Order to Show Cause on Defendants on

November 18, 2019 (Dkt. No. 27);

WHEREAS Defendants filed no opposition to Plaintiff's motion for a default

judgment and did not appear at the December 12, 2019 hearing;

It is hereby ORDERED that default is entered against Defendants, and that this

matter is referred to Magistrate Judge Lehrburger for an inquest into damages. The Clerk of the

Court is directed not to close this case.

Dated: New York, New York
     December 12, 2019

               SO ORDERED.

               Paul G. Gardephe
               United States District Judge