

**Blaine H. Bortnick**
305.476.7104 (Direct)
305.476.7100 (Main)
305.476.7499 (Direct Facsimile)
bbortnick@rascoklock.com

February 18, 2020

**VIA ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020
```

Re: *Asllani v. Hoti et al.*
Case No. 19 Civ. 1106 (PGG) (RWL)

Dear Judge Lehrburger:

We represent Plaintiff Zaim Asllani in the above-referenced matter. We write to request a two-week extension of the deadlines set forth in the Court's February 12, 2020 order (Dkt. No. 36). The undersigned has been travelling out of the country for business. We literally received the February 12, 2020 order while the undersigned was travelled to the airport to leave for the trip. Thus, counsel has not been able to coordinate with Plaintiff regarding a more-definite affidavit. As such, Plaintiff requests a two-week extension of the February 20, 2020 deadline for submission of a more definite affidavit by Plaintiff and re-submission of the proposed findings of fact and conclusions of law as well as a corresponding two-week extension of the deadline for service thereof and for Defendant's response.

No prior requests for extension of the above-referenced deadlines have been made. Thank you for your attention to this matter.

Plaintiff's request for an extension is GRANTED. Plaintiff shall serve Defendants with this order in the same manner called for by Dkt. 36.

SO ORDERED:

_____ 2/18/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

RASCO KLOCK PEREZ & NIETO, LLC

By: _____
Blaine H. Bortnick

cc: Defendants (via email)