**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZAIM ASLLANI,

                          Plaintiff,

        -against-                                        19 **CIVIL** 1106 (PGG) (RWL)

                                                    **DEFAULT JUDGMENT**

SAMIR HOTI and S.H. GENERAL
CONTRACTING, LLC, (d/b/a S_H GENERAL
CONTRACTING CORP.)

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2020, the R&R is adopted in its entirety; Plaintiff is awarded (1) $22,336.76 in damages, comprised of $6,077.50 in unpaid wages, $6,077.50 in liquidated damages, $181.76 in unreimbursed tools-of-the-trade expenses, and $10,000 for wage notice and wage statement violations; (2) $18,186 in attorneys' fees and $1,016.33 in costs; and (3) pre-judgment interest at a rate of nine percent per annum on the principal amount of $6,259.26 from March 2, 2018, to the date of entry of final judgment in the amount of $1,424.54; accordingly, this case is closed.

**Dated:**  New York, New York
           September 10, 2020

                                                                            **RUBY J. KRAJICK**
                                                                           _____
                                                                              **Clerk of Court**
                                                           **BY:**
                                                                             **Deputy Clerk**